IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DREW C. HARTLEY,
    Plaintiff,

vs.                                  Case No. 3:13cv469/LAC/EMT

G. WAITMAN, et. al.,
    Defendants.
_____/

## AMENDED ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 5, 2013 (doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the arguments raised in Plaintiff's "Amended and or Supplemental Motion to Remand" (doc. 13).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiffs' motion for remand (doc. 6) and "Amended and or Supplemental Motion to Remand" (doc. 13) are **DENIED**.

**DONE AND ORDERED** this 8th day of October, 2013.

                                              s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**